UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | Case Number: |
| vs. | § | SA:19-CR-00905(2)-DAE |
| | § | |
| **(2) Nancy Almaguer** | § | |

FILED
SEP 0 9 2021
CLERK...
...OF TEXAS
...DEPUTY

## ORDER SETTING SENTENCING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **SENTENCING** before Senior U.S District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, Texas on **Monday, November 29, 2021 at 9:00 AM** <u>Sentencing memoranda and motions relevant to the sentencing hearing must be submitted to the Court no later than 7 days prior to the sentencing hearing.</u>

It is further ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if defendant is on bond, advise defendant to be present at this proceeding.

**IT IS SO ORDERED.**

DATED: San Antonio, Texas  September 09, 2021.

*/s/ Elizabeth S. Chestney*
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE