**FILED**
February 09, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MGR_____
DEPUTY

United States District Court
Western District of Texas
San Antonio Division

United States of America,
    Plaintiff,

v.

Nancy Almaguer,
    Defendant.

Case No. SA-19-CR-00905-DAE(2)

## Notice of Appearance

The Clerk of the above Court will please note the appearance of the undersigned as counsel for the Plaintiff, United States of America, in the above-captioned case for the purpose of collecting on this debt. It is requested that service of copies of all notices, pleadings and other papers be effected upon the United States Attorney for the Western District of Texas, addressed as follows:

| | |
|---|---|
| TODD R. KEAGLE | STEVEN E. SEWARD |
| Assistant United States Attorney | Assistant United States Attorney |
| 601 N.W. Loop 410, Suite 600 | 601 N.W. Loop 410, Suite 600 |
| San Antonio, Texas 78216 | San Antonio, Texas 78216 |
| Todd.Keagle@usdoj.gov | Steven.Seward@usdoj.gov |

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: /s/ *Todd R. Keagle*
    **TODD R. KEAGLE**
    Assistant United States Attorney
    Texas Bar No. 24031529
    601 N.W. Loop 410, Suite 600
    San Antonio, Texas 78216
    Telephone: (210) 384-7138
    Facsimile:  (210) 384-7247
    E-mail: Todd.Keagle@usdoj.gov

    **STEVEN E. SEWARD**

Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
Telephone: (210) 384-7259
Facsimile:  (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

ATTORNEYS FOR UNITED STATES