United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br><br>  v.<br><br>Nancy Almaguer,<br>  Defendant.<br><br>and<br><br>Wells Fargo Bank, N.A.,<br>  Garnishee. | Case No. SA-19-CR-00905-DAE(2) |

### Order for Issuance of Writ of Garnishment

The United States of America has applied for a writ of garnishment against Garnishee Wells Fargo Bank, N.A., for any property of the Defendant Nancy Almaguer for which Garnishee is or may become indebted to the Defendant. The Court, having considered the Application for Writ of Garnishment, finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. §§ 3202 and 3205 and should be granted.

  **IT IS THEREFORE ORDERED** that the Writ of Garnishment be issued by the Clerk.

  **IT IS FURTHER ORDERED** that the United States of America serve Garnishee with a copy of the Writ of Garnishment, accompanied by instructions explaining the requirement that the garnishee submit a written answer to the writ; that the United States of America serve the Defendant with a copy of the Writ of Garnishment, accompanied by instructions for objecting to the Garnishee's answer and for obtaining a hearing on the objections; and that the United States of America file a Certificate of Service with this Court when such service is accomplished.

**IT IS FURTHER ORDERED** that the Writ of Garnishment shall be continuing in nature and that it shall not terminate until one of the conditions of 28 U.S.C. § 3205(c)(10) is met.

**IT IS SO ORDERED.**

DATED: _____  _____
**DAVID A. EZRA**
SENIOR UNITED STATES DISTRICT JUDGE